UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    RICHARD HALL                                    BK-09-13735
    CHERYL HALL
           Debtors                               CHAPTER 13

## OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtors' Plan on the grounds that the Plan does not provide that all of the debtors' projected disposable income to be received will be applied to make payments under the Plan. *See* 11 U.S.C. §1325(b)(1)(B).

/s/ John Boyajian
John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel:(401) 273-9600
Fax:(401) 273-9605

## CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Mr. & Mrs. Richard Hall, 88 Northbriar Drive, North Kingstown, RI 02852 and electronically mailed to Christopher Lefebvre, Esq. at court@lefebvrelaw.com on October 19, 2009.

/s/ Dana A. Westerkamp